**Order entered May 7, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00039-CV

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST MANSFIELD MEDICAL CENTER, Appellant**

**V.**

**CYNTHIA YATES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HUBERT YATES, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-07083-B**

## ORDER

Before the Court is appellee's May 5, 2021 unopposed motion for extension of time to file her response brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 10, 2021.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE